UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>BRANDON DENZEL WASHINGTON,<br><br>               Defendant. | Case No. CR23-58 RAJ<br><br>DETENTION ORDER |

Mr. Washington is charged with two counts of Sex Trafficking by Force, Fraud, and Coercion, 18 U.S.C. §§ 1591(a)(1), 1591(b)(1), and 2; and two counts of Transportation for the Purpose of Prostitution, 18 U.S.C. §§ 2422(a) and 2; and a forfeiture allegation. The Court held a detention hearing on May 9, 2023, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention as set forth in the record and as hereafter set forth, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. There is a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e). Mr. Washington has a large supportive family who appeared in court willing to act as third-party custodians. Mr. Washington has a limited criminal history and a history of doing well on supervision. For these reasons, the court finds the presumption has

DETENTION ORDER - 1

been rebutted.

2. Mr. Washington does not have stable housing or stable employment. Mr. Washington does not have strong ties with the Western District of Washington.

3. Mr. Washington poses a risk of danger due to the nature of the instant offense, a history of similar charge(s), and safety concerns for alleged victims.

4. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Washington's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Mr. Washington shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Washington shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Washington is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to

\\
\\

DETENTION ORDER - 2

counsel for Mr. Washington, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this <u>10th</u> day of May, 2023.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3