THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON DENZEL WASHINGTON,<br><br>Defendant. | No.  2:23-cr-00058-RAJ<br><br>ORDER GRANTING MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL |

THIS MATTER having come on upon the motion of the Defendant to allow a substitution of counsel, and defense counsel and Defendant having agreed that the relief requested is appropriate as evidenced by the signatures of the respective defense counsel and Defendant, and the Court being advised on the premises, NOW THEREFORE,

IT IS ORDERED that the motion (Dkt. 25) is GRANTED.   Gregory Murphy shall be allowed to withdraw and Emily M. Gause be substituted as counsel for Defendant Brandon Denzel Washington.

DATED this 6th day of June, 2023.

The Honorable Richard A. Jones
United States District Judge

ORDER - 1