UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR23-058 RAJ |
| Plaintiff, | MINUTE ORDER |
| v. | |
| BRANDON DENZEL WASHINGTON, | |
| Defendant. | |

The following Minute Order is made at the direction of the Court, by the Honorable Michelle L. Peterson, United States Magistrate Judge:

The Court GRANTS the Motion to Reopen the Detention Hearing (dkt. # 29) and, for the reasons stated on the record, ORDERS Mr. Washington released pending verification of release plan. The Court sets a status hearing for Tuesday, September 5, 2023 at 3:00 p.m. in courtroom 12A, to determine viability of release plan and to set conditions of release. Mr. Washington shall remain in custody pending the status hearing.

//

Dated this 29th day of August, 2023.

Ravi Subramanian
Clerk

*s/ T. Farrell*
Deputy Clerk

MINUTE ORDER - 2