The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | No. CR23-58 RAJ |
|---|---|
| Plaintiff | |
| v. | ORDER GRANTING STAY OF RELEASE ORDER |
| BRANDON DENZEL WASHINGTON, | |
| Defendant. | |

This matter comes before the Court on the emergency motion of the United States for an order staying the release of defendant Brandon Denzel Washington, per an order issued by Magistrate Judge Michelle L. Peterson. The Court, having considered the motion, Defendant's response, and being otherwise fully advised, now, therefore

ORDERS that the Motion (Dkt. 42) is **GRANTED** and defendant's release is **STAYED**. Defendant shall remain in temporary detention pending a further order of this Court.

DATED this 7th day of September, 2023.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER STAYING RELEASE
*United States v. Washington* / CR23-58 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970