The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR23-58 RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO SEAL |
| BRANDON DENZEL WASHINGTON, | |
| Defendant. | |

Having considered the Government's Motion to Seal and because of the sensitive information contained in its Motion for Review and Revocation of Release Order,

It is hereby ORDERED that the Motion to Seal (Dkt. 43) is GRANTED. The Government's Motion for Review and Revocation of Release Order, and Exhibits 1 and 2 shall remain sealed.

DATED this 7th day of September, 2023.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1
*United States v. Washington* / CR23-58 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970