The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRANDON DENZEL WASHINGTON, <br><br> Defendant. | NO. CR23-58 RAJ <br><br> ORDER GRANTING UNITED STATES' MOTION TO FILE AN OVERLENGTH BRIEF |

The Court, having reviewed the Motion of the United States to File an Overlength Brief, and finding good cause, hereby enters the following order:

IT IS HEREBY ORDERED that the Motion (Dkt. 44) is GRANTED. The United States may file its Motion for Review and Revocation of Release Order that does not exceed 21 pages in length.

DATED this 7th day of September, 2023.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION FOR LEAVE
TO FILE OVERLENGTH BRIEF - 1
*United States v. Washington* / CR23-58 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970