UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON DENZEL WASHINGTON,<br><br>Defendant. | No. CR23-58-RAJ<br><br>ORDER GRANTING MOTION TO FILE OVERLENGTH RESPONSE BRIEF |

The Court, having reviewed the defendant's motion to file overlength response brief, and finding good cause, enters the following order:

IT IS HEREBY ORDERED that the motion (Dkt. 51) is GRANTED.

DATED this 15th day of September, 2023.

_____
HONORABLE RICHARD A. JONES