THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON DENZEL WASHINGTON,<br><br>Defendant. | No. CR 23-58-RAJ<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTION DEADLINE |

THE COURT having considered the unopposed motion to continue trial filed by Defendant Brandon Washington in this matter, as well as the record and files herein, hereby makes the following findings:

1. Taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation due to counsel's need for time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv).

2. A failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

3. The additional time requested is a reasonable period of delay, as the Defendant has requested more time for his counsel to prepare for trial, to investigate the matter, to gather evidence material to his defenses, and to consider possible defenses. The Defendant has executed a speedy trial waiver.

4. The ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the Defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); 18 U.S.C. § 3161(h)(7)(B)(i), (iv).

5. The additional time requested between the current trial date of November 13, 2023 and the new trial date is necessary to provide counsel for the Defendant the reasonable time necessary to prepare for trial.

6. The period of delay from the date this motion is filed to the new trial date as set by this Court, is excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A) and U.S.C. § 3161 (h)(7)(B)(i), (iv).

IT IS THEREFORE ORDERED that the defendant's motion (Dkt. 56) is GRANTED.  The trial date in this matter is continued to June 17, 2024.  All pretrial motions, including motions in limine, shall be filed no later than May 2, 2024.

IT IS FURTHER ORDERED that the time period between the date of this Order to the new trial date of June 17, 2024, is a reasonable delay and is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(6).

DATED this 16th day of October, 2023.

*/s/ Richard A. Jones*
HONORABLE RICHARD A. JONES

ORDER GRANTING UNOPPOSED MOTION
TO CONTINUE TRIAL DATE AND PRETRIAL
MOTION DEADLINE
- 2