The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | No. 2:23-cr-00058-RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO MODIFY CONDITIONS OF APPEARANCE BOND |
| BRANDON DENZEL WASHINGTON, | |
| Defendant. | |

THE COURT having received and reviewed the Unopposed Motion to Extend Time to Respond to Defendant's Motion to Modify Conditions of Appearance Bond, and based on all the records and files in this matter, and good cause appearing,

IT IS HEREBY ORDERED that the Unopposed Motion to Extend Time to Respond to Defendant's Motion to Modify Conditions of Appearance Bond (Dkt. 60) is GRANTED.

The Government's response to the motion is due January 10, 2024. Defendant's reply, if any, is due January 16, 2024, and the motion is renoted for January 16, 2024.

DATED this 28th day of December, 2023.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1
*U.S. v. Washington,* 2:23-cr-00058-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970