The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON DENZEL WASHINGTON and MARIA GEORGIANNNA PALM,<br><br>Defendants. | NO. CR23-058 RAJ<br><br>ORDER GRANTING UNOPPOSED MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE |

The Court, having considered the unopposed motion to extend the pretrial motions deadline in this case,

IT IS HEREBY ORDERED that the motion (Dkt. 107) is GRANTED. The deadline for filing pretrial motions, including all motions in limine, is extended from November 12, 2024, to November 19, 2024.

DATED this 15th day of November, 2024.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1
*United States v. Washington, et al.,* CR23-058 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970