The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON DENZEL WASHINGTON and MARIA GEORGIANNA PALM,<br><br>Defendants. | NO. CR23-058-RAJ<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND BRIEFING SCHEDULE OF PRETRIAL MOTIONS |

Having reviewed the parties' Stipulated Motion to Extend Briefing Schedule of Pretrial Motions, and based upon the reasons set forth in that Motion, IT IS ORDERED that the Motion (Dkt. 115) is GRANTED.

The government shall file its responses to the Motion in Limine to Admit Statements of Party Opponent filed by Defendant Palm (Docket No. 105); Motion to Dismiss filed by Defendant Palm (Docket No. 106); Motion to Compel Pretrial Witness Interviews filed by Defendant Washington (Docket No. 111); a Motion to Sever Defendant filed by Defendant Washington (Docket No. 112); a Motion to Dismiss for Selective Prosecution filed by Defendant Washington (Docket No. 113); and a Motion to Dismiss for Grand Jury Misconduct filed by Defendant Washington (Docket No. 114) no later than December 9, 2024.

Defendants Washington and Palm shall file any replies in support of these motions no later than December 16, 2024.

Defendants Washington and Palm shall file any responses to the Motion in Limine to Exclude Evidence of Prior Sexual Acts (Docket No. 110) no later than December 9, 2024. The government shall file any reply in support of this motion no later than December 16, 2024. The motions listed above are renoted for December 16, 2024.

DATED this 3rd day of December, 2024.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge