The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>BRANDON DENZEL WASHINGTON and MARIA GEORGIANNA PALM,<br><br>                    Defendants. | NO. CR23-058-RAJ<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND BRIEFING SCHEDULE OF PRETRIAL MOTIONS TO SEVER DEFENDANTS |

Having reviewed the parties' Stipulated Motion to Extend Briefing Schedule of Pretrial Motions to Sever Defendants and based upon the reasons set forth in that Motion, IT IS SO ORDERED:

The government shall file its responses to Defendant Washington's Motion to Sever (Dkt. 112) and Defendant Palm's arguments in Notice of Joinder (Dkt. 118) no later than December 13, 2024. Defendants Washington and Palm shall file any replies in support of these motions no later than December 18, 2024, and the Motion to Sever is renoted for December 18, 2024.

DATED this 17th day of December, 2024.

*[Signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING STIPULATED MOT. TO EXTEND BR. SCHEDULE - 1
*United States v. Washington and Palm*/CR23-058-RAJ

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970