HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | No. CR23-58-RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF |
| BRANDON DENZEL WASHINGTON, | |
| Defendant. | |

The Court, having reviewed Defendant Washington's motion to file overlength reply brief enters the following order:

Finding good cause, it is ORDERED that the motion is GRANTED.

DATED this 18th day of December, 2024.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER - 1