The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON DENZEL WASHINGTON and MARIA GEORGIANNA PALM,<br><br>Defendants. | NO. 2:23-cr-00058-RAJ<br><br>ORDER GRANTING UNITED STATES' MOTION TO FILE A BRIEF IN EXCESS OF 4,200 WORDS |

The Court, having reviewed the Motion of the United States to File a Brief in Excess of 4,200 words, hereby enters the following order:

IT IS HEREBY ORDERED that the Motion is GRANTED. The United States may file its Motion to Exclude Evidence of Prior Sexual Acts Under Fed. R. Evid. Rules 412 and 403 that does not exceed 5,643 words.

DATED this 18th day of December, 2024.

*/s/ Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER PERMITTING EXCESS PAGES - 1
*United States v. Washington, et al.* / 2:23-cr-00058-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970