The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. 2:23-cr-00058-RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATED MOTION TO EXTEND BRIEFING SCHEDULE OF GOVERNMENT'S REPLY TO DEFENDANT'S RESPONSE TO MOTION IN LIMINE TO EXCLUDE EVIDENCE |
| BRANDON DENZEL WASHINGTON and MARIA GEORGIANNA PALM, | |
| Defendants. | |

Having reviewed the parties' Stipulated Motion to Extend Briefing Schedule of Government's Reply to Defendant's Response to Motion in Limine to Exclude Evidence and based upon the reasons set forth in that Motion, IT IS SO ORDERED:

The government shall file its reply to Defendant Palm's Response to the government's Motion in Limine to Exclude Evidence of Prior Sexual Acts Under Fed. R. Evid. Rules 412 and 403 (Dkt. 117) no later than December 17, 2024.

DATED this 19th day of December, 2024.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING STIPULATED MOT. TO EXTEND BR. SCHEDULE - 1
*United States v. Washington and Palm*/2:23-cr-00058-RAJ

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970