The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> BRANDON DENZEL WASHINGTON and MARIA GEORGIANNA PALM, <br><br> Defendants. | NO. 2:23-cr-00058-RAJ <br><br> ORDER GRANTING UNITED STATES' MOTION TO FILE AN OVERLENGTH BRIEF |

The Court, having reviewed the Motion of the United States to File an Overlength Brief, hereby enters the following order:

IT IS HEREBY ORDERED that the Motion is GRANTED. The United States may file its Reply to Defendant Palm's Response to Motion in Limine to Exclude Evidence of Prior Sexual Acts Under Fed. R. Evid. Rules 412 and 403 that does not exceed 2,349 words in length.

DATED this 19th day of December, 2024.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER PERMITTING OVERLENGTH BRIEF - 1
*United States v. Washington & Palm*/2:23-cr-00058-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970