The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>      v.<br><br>BRANDON DENZEL WASHINGTON<br>and MARIA GEORGIANNA PALM,<br><br>                    Defendants. | No. 2:23-cr-00058-RAJ<br><br>ORDER CONTINUING TRIAL DATE |

      THE COURT, having considered the Motion to Continue Trial Date filed by Defendant Brandon Denzel Washington in this matter, the records and files herein, and having conducted a hearing on this date, makes the following findings:

      1.     Taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for Defendant Washington the reasonable time necessary for effective preparation due to counsel's need for additional time to review the evidence, gather additional evidence, complete investigations, call experts, and prepare for trial, as set forth in Title 18, United States Code, Section 3161(h)(7)(B)(iv).

      2.     A failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in Title 18, United States Code, Section 3161(h)(7)(B)(i).

      3.     The additional time requested is a reasonable period of delay, as Defendant Washington has requested more time for his counsel to prepare for trial, to complete

investigations, and to gather evidence and material related to his defenses. The Defendant has orally waived his right to a speedy trial through October 29, 2025, and is prepared to memorialize his oral waiver with a written waiver.

4. The ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and Defendant Washington in any speedier trial, as set forth in Title 18, United States Code, Section 3161(h)(7)(A), Title 18, United States Code, Section 3161(h)(7)(b)(i), (iv).

5. The additional time requested between the current trial date of February 3, 2025, and the new trial date is necessary to provide counsel for Defendant Washington the reasonable time necessary to prepare for trial.

6. The objection of Defendant Maria Georgianna Palm, who was not prepared to waive speedy trial or join in the motion to continue trial date, is overruled. It is well established that in multi-defendant cases, a reasonable trial continuance as to any defendant tolls the Speedy Trial Act period as to all joined co-defendants, even those who object to a trial continuance or who refuse to submit a waiver under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(6).

NOW, THEREFORE, IT IS HEREBY ORDERED that Defendant Washington's Motion to Continue Trial Date (Dkt. 163) is GRANTED. The trial date is continued from February 3, 2025 to September 29, 2025.

IT IS FURTHER ORDERED that the time between the date of this order and the new trial date of September 29, 2025, is excluded in computing the time within which a trial must be held pursuant to Title 18, United States Code, Section 3161, *et seq*.

DATED this 23rd day of January, 2025.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge