The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON DENZEL WASHINGTON,<br><br>Defendant. | NO. 2:23-cr-00058-RAJ<br><br>ORDER GRANTING MOTION TO SEAL DOCUMENT |

Having considered the Government's Motion to Seal, and because of the sensitive information contained in the Government's Response to Motion to Dismiss for Selective Prosecution,

It is hereby ORDERED that the Government's Motion to Seal (Dkt. 123) is GRANTED. The Government's Response to Motion to Dismiss for Selective Prosecution shall remain sealed.

DATED this 24th day of January, 2025.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge