The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON DENZEL WASHINGTON,<br><br>Defendant. | NO. 2:23-cr-00058-RAJ<br><br>ORDER GRANTING MOTION TO SEAL DOCUMENT |

THIS MATTER has come before the undersigned on the motion of Defendant Brandon Denzel Washington for an order that Exhibit F to the Defendant's Reply to the Government's Response to Motion to Dismiss for Selective Prosecution be filed under seal and secured from public access until further order by the Court. Finding good cause due to the sensitive information contained in the exhibit,

It is hereby ORDERED that Defendant Washington's Motion to Seal (Dkt. 142) is GRANTED. Exhibit F to Defendant's Reply to the Government's Response to Motion to Dismiss for Selective Prosecution shall remain sealed.

DATED this 24th day of January, 2025.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1