The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. 2:23-cr-00058-RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| BRANDON DENZEL WASHINGTON, | |
| Defendant. | |

Having considered the Government's Motion to Strike Arguments Raised for the First Time in Reply Brief, or in the Alternative for Leave to File Surreply, and based upon the reasons set forth in that Motion,

It is hereby ORDERED that the Motion (Dkt. 160) is GRANTED. The arguments are not stricken, but the Government is granted leave to file a surreply to Docket No. 139. The Government's surreply shall be filed no later than January 30, 2025.

DATED this 24th day of January, 2025.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1