The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:23-cr-00058-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO SEAL |
| BRANDON DENZEL WASHINGTON, | |
| Defendant. | |

THIS MATTER has come before the undersigned on the motion of Defendant Brandon Denzel Washington for an order that Attachments 1 and 2 to Defendant's Motion to Extend Time for Filing Reply Brief to Defendant's Motion to Dismiss for Grand Jury Misconduct be filed under seal and secured from public access until further order by the Court. Finding good cause due to the sensitive information contained in the attachments,

It is hereby ORDERED that Defendant Washington's Motion to Seal (Dkt. 151) is GRANTED. Attachments 1 and 2 to Defendant's Motion to Extend Time for Filing Reply Brief to Defendant's Motion to Dismiss for Grand Jury Misconduct shall remain sealed.

DATED this 24th day of January, 2025.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1