The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON DENZEL WASHINGTON,<br><br>Defendant. | NO. 2:23-cr-00058-RAJ<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL MOTION REGARDING GRAND JURY MISCONDUCT |

THIS MATTER has come before the undersigned on the motion of Defendant Brandon Denzel Washington for an order allowing him to file a supplemental motion regarding grand jury misconduct. Finding good cause,

It is hereby ORDERED that Defendant Washington's Motion (Dkt. 155) is GRANTED. Defendant Washington may file a supplemental motion regarding grand jury misconduct no later than February 7, 2025.

DATED this 24th day of January, 2025.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1