THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>v.<br><br>BRANDON DENZEL WASHINGTON,<br><br>                   Defendant. | No. CR23-58-RAJ<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME FOR FILING SUPPLEMENTAL MOTION REGARDING GRAND JURY MISCONDUCT |
|---|---|

THIS MATTER has come before the undersigned on the unopposed motion of defendant Brandon Denzel Washington, for an order extending time to file a supplemental motion regarding grand jury misconduct.

IT IS HEREBY ORDERED that the motion (Dkt. 193) is GRANTED. The new deadline to file a supplemental motion is now February 27, 2025. The government's response is due March 6, 2025, and the defendant's reply is due March 11, 2025. The hearing for oral argument on this motion is continued from February 27, 2025, to March 27, 2025 at 1:30 p.m.

DATED this 11th day of February, 2025.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge