The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>BRANDON DENZEL WASHINGTON,<br><br>Defendant. | NO. 2:23-cr-00058-RAJ<br><br>ORDER GRANTING MOTION TO FILE AN OVERLENGTH BRIEF |

The Court, having reviewed the Motion of Defendant Brandon Denzel Washington for leave to file an overlength brief, and finding good cause, hereby

ORDERS that the Motion (Dkt. 198) is GRANTED. Defendant Washington may file a reply brief to the Government's response to his motion to dismiss for grand jury misconduct that does not exceed 2,578 words in length.

DATED this 28th day of February, 2025.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1