The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BRANDON DENZEL WASHINGTON,<br><br>　　　　　　　Defendant. | NO. 2:23-cr-00058-RAJ<br><br>ORDER GRANTING MOTION<br>TO SEAL DOCUMENT |

　　THIS MATTER comes before the Court upon Defendant Brandon Denzel Washington's Motion to Seal Exhibits to Defendant's Reply to Government's Response to Motion to Dismiss for Grand Jury Misconduct.  Having considered the Motion to Seal, and because of the nature of the information contained in the referenced exhibits, the Court finds good cause to GRANT the Motion (Dkt. 199).

　　It is hereby ORDERED that the exhibits to Defendant's Reply to Government's Response to Motion to Dismiss for Grand Jury Misconduct shall remain sealed.

　　DATED this 28th day of February, 2025.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL – 1