The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON DENZEL WASHINGTON and MARIA GEORGIANNA PALM,<br><br>Defendants. | No. 2:23-cr-00058-RAJ<br><br>ORDER CONTINUING TRIAL DATE |

THE COURT, having considered the Motion to Continue Trial Date filed by Defendant Brandon Denzel Washington in this matter, and joined by Defendant Maria Georgianna Palm, the records and files herein, and having conducted a hearing on this date, makes the following findings:

1.  Taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for Defendants the reasonable time necessary for effective preparation due to counsel's need for additional time to review the evidence, gather additional evidence, complete investigations, call experts, and prepare for trial, as set forth in Title 18, United States Code, Section 3161(h)(7)(B)(iv).

2.  A failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in Title 18, United States Code, Section 3161(h)(7)(B)(i).

3.  The additional time requested is a reasonable period of delay, as Defendants have requested more time for counsel to prepare for trial, to complete

investigations, and to gather evidence and material related to his defenses. The Defendants have waived their right to a speedy trial through April 30, 2026, and have filed written speedy trial waivers. Dkts. 216, 217.

4. The ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and Defendants in any speedier trial, as set forth in Title 18, United States Code, Section 3161(h)(7)(A), Title 18, United States Code, Section 3161(h)(7)(b)(i), (iv).

5. The additional time requested between the current trial date of September 29, 2025, and the new trial date is necessary to provide counsel for Defendants the reasonable time necessary to prepare for trial.

NOW, THEREFORE, IT IS HEREBY ORDERED that Defendant Washington's Motion to Continue Trial Date (Dkt. 215), joined by Defendant Palm (Dkt. 218) is GRANTED. The trial date is continued from September 29, 2025 to February 17, 2026.

IT IS FURTHER ORDERED that the time between the date of this order and the new trial date of February 17, 2026, is excluded in computing the time within which a trial must be held pursuant to Title 18, United States Code, Section 3161, *et seq*.

DATED this 20th day of August, 2025.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge