|   |   |
|---|---|
| 1 | The Honorable Richard A. Jones |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON DENZEL WASHINGTON and MARIA PALM,<br><br>Defendants. | NO. 2:23-cr-00058-RAJ<br><br>SCHEDULING ORDER |

The Court hereby enters a pretrial case scheduling order setting the following dates and deadlines in this case:

| Event | Deadline |
|---|---|
| Defense deadline to file response to government's Rule 404(b) notice | November 14, 2025 |
| Parties' production of all *Brady*, Jencks, *Giglio*, Fed. R. Crim. P. 26.2, and CrR 16 materials, with ongoing production obligations | November 28, 2025 |
| Parties' expert disclosure for case-in-chief | December 1, 2025 |
| Rebuttal to expert disclosures | January 16, 2026 |
| Motions in limine due | January 16, 2026 |

SCHEDULING ORDER - 1
*United States v. Washington and Palm*/2:23-cr-00058-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Event | Deadline |
|---|---|
| Motion in limine response due | 7 days after motion filed (CrR 12(b)(2)) |
| Motion in limine reply due | 5 days after response filed (CrR 12(b)(3)) |
| Government's exhibit list | January 27, 2026 (CrR 23.1) |
| Government's witness list | January 27, 2026 (CrR 23.1) |
| Government's trial brief | February 3, 2026 (CrR 23.1) |
| Defense witness list | February 3, 2026 (CrR 23.1) |
| Defense exhibit list | February 3, 2026 (CrR 23.1) |
| Proposed voir dire questions | February 3, 2026 |
| Proposed verdict forms | February 3, 2026 |
| Government's proposed jury instructions | February 3, 2026 (CrR 30) |
| Pretrial conference | February 6, 2026 at 10:00 am |
| Defense trial brief | February 9, 2026 (CrR 23.1) |
| Defense proposed alternative / supplemental jury instructions | February 9, 2026 (CrR 30) |
| Government's supplemental proposed jury instructions | February 12, 2026 (CrR 30) |
| Trial | February 17, 2026 |

The Court further orders that counsel for Defendant Brandon Washington shall (1) provide the Court and counsel with a list of all trials scheduled between the date of this order through March 30, 2026; (2) provide the Court and counsel with notice of changes to her trial schedule in writing within 72 hours; and (3) shall put this matter and the trial date on the record at omnibus hearings in other state cases.

///

///

///

SCHEDULING ORDER - 2
*United States v. Washington and Palm*/2:23-cr-00058-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Counsel for Defendant Brandon Washington shall provide the Court and counsel with her current trial scheduled referenced above before September 5, 2025.

DATED this 2nd day of September, 2025.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

SCHEDULING ORDER - 3
*United States v. Washington and Palm*/2:23-cr-00058-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970