The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:23-cr-00058-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING UNITED STATES' MOTION TO FILE A BRIEF IN EXCESS OF 4,200 WORDS |
| BRANDON DENZEL WASHINGTON and MARIA GEORGIANNA PALM, | |
| Defendants. | |

The Court, having reviewed the Motion of the United States to File a Brief in Excess of 4,200 words, hereby enters the following order:

Finding good cause, it is hereby ORDERED that the Motion (Dkt. 289) is GRANTED. The United States may file its Motion in Limine to Admit Evidence that does not exceed 5,574 words.

DATED this 22nd day of January, 2026.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
FOR OVERLENGTH BRIEF - 1
*United States v. Washington, et al.* / 2:23-cr-00058-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970