THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRANDON DENZEL WASHINGTON, <br><br> Defendant. | No. 2:23-cr-00058-RAJ <br><br> ORDER GRANTING MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF |

The Court, having reviewed the defendant's motion to file overlength brief enters the following order:

Finding good cause, it is hereby ORDERD that the Motion (Dkt. 296) is GRANTED.

DATED this 22nd day of January, 2026.

The Honorable Richard A. Jones
United States District Judge