Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>BRANDON DENZEL WASHINGTON,<br><br>                    Defendant. | No.  2:23-cr-00058-RAJ<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF |

The Court, having reviewed Defendant Brandon Denzel Washington's motion to file overlength brief, enters the following order:

Finding good cause, it is hereby ORDERED that the Motion (Dkt. 324) is GRANTED.

DATED this 29th day of January, 2026.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER - 1