Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>BRANDON DENZEL WASHINGTON<br>and MARIA GEORGIANNA PALM,<br><br>Defendants. | NO. 2:23-cr-00058 RAJ<br><br>ORDER GRANTING<br>MOTION TO SEAL |

THIS MATTER comes before the Court upon the Government's Motion to Seal Exhibits 1 and 2 to the Government's Motion to Preclude Improper and Irrelevant Character Testimony.  Dkt. 348.  Having considered the Motion to Seal, and because of the nature of the information contained in the referenced exhibits, the Court finds good cause to GRANT the Motion.

It is hereby ORDERED that Exhibits 1 and 2 to the Government's Motion to Preclude Improper and Irrelevant Character Testimony shall remain sealed.

DATED this 10th day of February, 2026.

Richard A. Jones

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1