Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON DENZEL WASHINGTON<br>and MARIA GEORGIANNA PALM,<br><br>Defendants. | No. 2:23-cr-00058-RAJ<br><br>ORDER ON DEFENDANTS'<br>JOINT MOTION FOR JURY<br>QUESTIONNAIRE |

THIS MATTER comes before the Court upon Defendants' Joint Motion for Jury Questionnaire. Dkt. 346. The government responded in opposition. Dkt. 354. Defendant Washington filed a reply. Dkt. 357. Having considered the briefing, and the files and pleadings herein, the Court **DENIES** the motion. The Court intends to be liberal in incorporating many of the parties' proposed voir dire questions as it relates to the sensitive topics addressed in the parties' briefing. Counsel is free to examine the jurors on these topics during their time allotted for voir dire. The Court will question jurors individually on sensitive matters if they so request.

///

///

///

ORDER - 1

As to Defendants' concerns relating to Defendant Washington's race, the Court intends to provide to the jurors this district's jury instruction on implicit bias, both preliminarily and in the final instructions at the conclusion of trial.  Counsel is free to examine jurors on race sensitivity referencing these materials, as well as the unconscious bias video presented when jurors are assembled prior to jury selection.

DATED this 10th day of February, 2026.

The Honorable Richard A. Jones
United States District Judge

ORDER - 2