Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON DENZEL WASHINGTON,<br><br>Defendant. | No.  2:23-cr-00058-RAJ<br><br>ORDER GRANTING DEFENDANT'S MOTION TO SEAL EXHIBIT A TO REPLY BRIEF |

THIS MATTER has come before the undersigned on the motion of Defendant Brandon Washington for an order that Exhibit A to Defendant's Reply to Government's Response to Motion to Allow Witness Testimony by Zoom for M.Z. be filed under seal and secured from public access until further order by the Court.

Having considered the motion, and because of the nature of the information contained in the referenced exhibit, the Court finds good cause to GRANT the Motion (Dkt. 388).  It is ORDERED that Exhibit A to Defendant's Reply to Government's Response to Motion to Allow Witness Testimony by Zoom for M.Z. shall remain under seal.

DATED this 4th day of March, 2026.

The Honorable Richard A. Jones
United States District Judge