Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | No. 2:23-cr-00058-RAJ |
|---|---|
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION TO ALLOW WITNESS TESTIMONY BY ZOOM |
| v. | |
| BRANDON DENZEL WASHINGTON and MARIA GEORGIANNA PALM, | |
| Defendants. | |

THIS MATTER came before the Court on Defendants' Motion to Permit Remote Testimony of M.Z.  The Court, having reviewed the motion, the record in this matter, and any response thereto, and being fully advised, hereby finds and orders as follows:

1. The Court finds that compelling circumstances exist warranting contemporaneous video testimony by defense witness M.Z.

2. The Court further finds that permitting M.Z. to testify by contemporaneous video transmission is necessary due to the substantial hardship that would be imposed by requiring her in-person appearance.

3. The Court finds that appropriate safeguards can be implemented to preserve the integrity of the proceedings and allow for full cross-examination and observation of the witness's demeanor.

ORDER - 1

IT IS THEREFORE ORDERED that M.Z. shall be permitted to testify at trial by contemporaneous video transmission (Zoom or other Court-approved videoconferencing platform), subject to the following conditions:

a. The testimony shall occur live, under oath, and in real time.

b. The video platform shall provide clear audio and visual transmission sufficient for the Court, counsel, and jury to observe the witness's demeanor.

c. The witness shall testify from a private location and shall not have access to documents or communications unless authorized by the Court.

d. The Government shall retain full opportunity for cross-examination.

IT IS SO ORDERED.

DATED this 4th day of March, 2026.

The Honorable Richard A. Jones
United States District Judge

ORDER - 2