Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff

v.

BRANDON DENZEL WASHINGTON,

et al.,

Defendants.

NO. 2:23-cr-00058-RAJ

ORDER GRANTING
MOTION TO SEAL

THIS MATTER comes before the Court upon the Government's Motion to Seal its Unopposed Motion to Redact Transcript. Having considered the Motion to Seal, and because of the nature of the information contained in the referenced exhibits, the Court finds good cause to GRANT the Motion (Dkt. 483).

It is hereby ORDERED that the Government's Unopposed Motion to Redact Transcript shall remain sealed.

DATED this 2nd day of April, 2026.

_____

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1
*United States v. Washington, et al.,* 2:23-cr-00058-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970