Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>BRANDON DENZEL WASHINGTON,<br>et al.,<br>Defendant. | NO. 2:23-cr-00058-RAJ<br><br>ORDER GRANTING MOTION<br>TO REDACT TRANSCRIPTS |

This matter, having come before the Court based on government's Motion to Redact Transcripts, and having considered the same, it is hereby ORDERED as follows:

The following redactions shall be made to the transcripts of the trial in this case, as well as to all hearings that are transcribed.

1) The name of the victim identified in the Superseding Indictment by the initials AV1 shall be redacted and replaced with "T.G.".

2) The name of the victim identified in the Superseding Indictment by the initials AV2 shall be redacted and replaced with "D.A.".

3) The name of the victim identified in the Superseding Indictment by the initials AV3 shall be redacted and replaced with "H.C.P.".

4) The name of the victim identified in the Second Superseding Indictment by the initials AV4 shall be redacted and replaced with "E.R.".

ORDER GRANTING MOTION
TO REDACT TRANSCRIPTS - 1
*United States. v. Washington, et al.,* 2:23-cr-00058-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

5) The name of the trial witness with the initials H.Py shall be referred to as "H.Py".

6) The name of the trial witness with the initials E.J. shall be referred to as "E.J".

DATED this 2nd day of April, 2026.

_____

The Honorable Richard A. Jones
United States District Judge

Presented by:

*s/ Celia A. Lee*
CELIA A. LEE
Assistant United States Attorney

ORDER GRANTING MOTION
TO REDACT TRANSCRIPTS - 2
*United States. v. Washington, et al.,* 2:23-cr-00058-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970