Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON DENZEL WASHINGTON,<br><br>Defendant. | No. 2:23-cr-00058-RAJ<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF |

The Court, having reviewed the defendant's motion to file overlength combined motion for judgment of acquittal and for new trial, and finding good cause, enters the following order:

IT IS HEREBY ORDERED that the motion (Dkt. 485) is GRANTED.

DATED this 2nd day of April, 2026.

The Honorable Richard A. Jones
United States District Judge