The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRANDON DENZEL WASHINGTON
and MARIA GEORGIANNA PALM,

Defendants.

NO. 2:23-cr-00058-RAJ

ORDER GRANTING MOTION TO SEAL

THIS MATTER comes before the Court upon the Government's Motion to Seal Trial Exhibits 16A, 18A, 22, 204, 205, 205A, 206A, 207, 207A, 208, 210A, 211, 213A, 214, 217A, 218A, 219A, 221, 223, 224, 226, 226A, 227, 228A, 229, 230, 231A, 232, 233, 236A, 237, 238, 239, 457, 460, 461, 466, 467, 468, 469, 474, 476, 554, 555, and 603.  Having considered the Motion to Seal, and because of the nature of the information contained in the referenced exhibits, the Court finds good cause to GRANT the Motion (Dkt. 491).

///

///

ORDER GRANTING MOTION TO SEAL – 1
*United States v. Washington et. al,* 2:23-cr-00058-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

It is hereby ORDERED that the above-referenced trial exhibits shall remain sealed.

DATED this 6th day of April, 2026.

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL – 2
*United States v. Washington et. al,* 2:23-cr-00058-RAJ