The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON DENZEL WASHINGTON,<br><br>Defendant. | No.  2:23-cr-00058-RAJ<br><br><br>ORDER SETTING TRIAL DATE |

Following a mistrial as to Counts 2, 4, and 6, at the direction of the Court and in accordance with the Speedy Trial Act, 18 U.S.C. § 3161(e), IT IS HEREBY ORDERED that this matter is scheduled for trial on May 26, 2026, at 9:00 a.m.

DATED this 6th day of April, 2026.


_____
The Honorable Richard A. Jones
United States District Judge

Presented by:

*s/Celia A. Lee*
CELIA A. LEE
Assistant United States Attorney

ORDER SETTING TRIAL DATE - 1
*United States v. Washington*/2:23-cr-00058-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970