Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRANDON DENZEL WASHINGTON,

Defendant.

No. 2:23-cr-00058-RAJ

ORDER

THIS MATTER comes before the Court on the Government's motion to extend the time for filing a response to Defendant's Motion for Acquittal and New Trial. The Court having considered the Government's motion, Defendant's opposition, and the files and pleadings herein, and being fully advised,

IT IS ORDERED that the Government's motion (Dkt. 493) is GRANTED. The Government's response to Defendant's Motion for Acquittal and New Trial is due April 27, 2026. Defendant's reply brief is due May 1, 2026, and the Motion is re-noted for May 1, 2026.

DATED this 7th day of April, 2026.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER - 1