Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON DENZEL WASHINGTON,<br><br>Defendant. | NO. 2:23-cr-00058-RAJ<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL DATE AS TO COUNTS 2, 4 AND 6 |

The Court has considered the joint motion filed by the parties to continue the retrial in this matter on Counts 2, 4, and 6 from May 26, 2026 to October 19, 2026. Having considered the arguments set forth in the motion, the Court finds as follows:

a) A failure to grant a trial continuance would likely reduce judicial efficiency and result in a miscarriage of justice, as set forth in 18 U.S.C. Section 3161(h)(7)(B)(i); and

b) Taking into account the exercise of due diligence, a failure to grant a trial continuance on all counts would deny the parties the reasonable time necessary for effective preparation, as set forth in 18 U.S.C. Section 3161(h)(7)(B)(iv); and

c) The additional time requested is a reasonable period of delay, as the parties have requested more time to ensure continuity of counsel in light of the

ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL DATE  - 1
*United States v. Washington*/2:23-CR-00058-RAJ

counsel's already-scheduled professional obligations and to ensure availability of witnesses,

d) The ends of justice will be best served by a continuance, and the ends of justice outweigh the best interests of the public and the Defendant in any speedier trial, as set forth in 18 U.S.C. Section 3161(h)(7)(A); and

e) The additional time requested between the date of this motion, and the new trial date is necessary to maintain continuity of counsel and provide counsel reasonable time to prepare for trial considering counsel's schedule and all the facts set forth above.

The Court further finds that the period of time from the date of this order to the new trial date of October 19, 2026, shall be excludable time pursuant to the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A).

IT IS THERFORE ORDERED that the parties' joint motion (Dkt. 501) is GRANTED.  The trial date in this matter is continued to October 19, 2026.

DATED this 13th day of May, 2026.

_____

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL DATE  - 2
*United States v. Washington*/2:23-CR-00058-RAJ