UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| United States of America<br><br>Plaintiff,<br><br>v.<br><br>Brandon Denzel Washington<br><br>Defendant(s). | NOTICE OF CRIMINAL APPEAL<br>CR 23 58 RAJ<br>(District Court Case Number)<br>Richard A. Jones<br>(District Court Judge) |

Notice is hereby given that Brandon Denzel Washington
(Name of Appellant)

appeals to the United States Court of Appeals for the Ninth Circuit from the:

Conviction and Sentence

entered in this action on 08/14/2026
(Date of Order)

210 months

(Sentence imposed)

Nancy Bauer, Nickie Drury
(Name of Court Reporter)

Transcript Required: ☑ Yes ☐ No

If yes, indicate date ordered or to be ordered (including arrangements for payment with court reporter).

All hearings from March 19, 2023 to August 14, 2026

If transcript required, complete Transcript Order Form. Contract court reporter immediately to make arrangements for transcription.

| | |
|---|---|
| 8/17/26 | /s/ Emily M. Gause |
| Dated | (Sign or use "s/" and your name) |

631 Strander Blvd, Suite G, Tukwila, WA 98188

Name, Address and Phone Number of Counsel for Appellant or Appellant/*Pro Se*